O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILANA MASSI, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARRIOTT INTERNATIONAL, INC. )<br>dba WALEA BEACH MARRIOTT )<br>RESORT & SPA, )<br>)<br>Defendants. )<br>_____ ) | Case No. CV 14-08409 DDP (PLAx)<br><br>**ORDER TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY** |

The parties are ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction.

District courts have diversity jurisdiction over all civil suits where the amount in controversy "exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States." 28 U.S.C. § 1332(a). "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Fed. R. Civ. P. 12(h)(3).

Here, Plaintiff's Complaint alleges damages in excess of $100,000 resulting from a slip and fall. While the amount in controversy is generally determined from the face of pleadings,

such is only the case where the claim is made in good faith.  <u>See</u> <u>Crum v. Circus Circus Enters.</u>, 231 F.3d 1129, 1131 (9th Cir. 2000). The court has some doubt whether this is the case, and whether it can be determined to a legal certainty that Plaintiff's claim is really for less than the jurisdictional amount.

    Accordingly, the parties are each ordered to file a brief, not to exceed five pages, within ten days of the date of this Order, showing why this action should not be dismissed for lack of subject matter jurisdiction.  The parties shall also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  Plaintiff's failure to file a brief in accordance with this Order will be deemed consent to dismissal of this action.

IT IS SO ORDERED.


Dated: February 12, 2015

                       DEAN D. PREGERSON
                       United States District Judge